IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YOUTOO TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:16-CV-0764-N |
| | § | |
| TWITTER, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On August 4, 2017, Defendant Twitter, Inc. ("Twitter") served document subpoenas on seven nonparties: Youtoo Capital Partners, L.P.; Youtoo Licensing, LLC; Youtoo Management, LLC; Youtoo Media Properties, LLC; Youtoo Networks, LLC; Youtoo.com, LLC; and YoutooTV, LLC (collectively, the "Youtoo Affiliates").  To date, none of the Youtoo Affiliates has responded to or complied with Twitter's subpoenas.  Accordingly, the Court Orders the Youtoo Affiliates to appear for a hearing on January 5, 2018, 10:00 a.m., to show cause for their failure to comply with the subpoenas.  If the Youtoo Affiliates fail to show cause, the Court will hold them in contempt under Federal Rule of Civil Procedure 45(g).  Twitter is Ordered to effect service of this Order on the Youtoo Affiliates.

Signed December 14, 2017.

David C. Godbey
United States District Judge

ORDER – SOLO PAGE